**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CHARLIE B. MACON, JR.**                                                **PETITIONER**

**V.**                                                **NO. 1:26-CV-00046-RPC-RP**

**STATE OF MISSISSIPPI**                                                **RESPONDENT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Respondent's

motion [8] to dismiss is **GRANTED**, and the instant petition for a writ of habeas corpus is hereby

**DISMISSED without prejudice** for failure to exhaust available state court remedies.  A certificate

of appealability is **DENIED**.

**SO ORDERED**, this the 8th day of July, 2026.

_____
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**